Thursday,
June 23.

VAUGHN *v.* DAYTON.

APPEAL from the *Lagrange* Court of Common Pleas.

*Per Curiam.*—Action by the appellee against the appellant, to recover damages for an alleged obstruction of a public street or highway. The pleadings put in issue the existence of the alleged street.

Trial by jury; verdict and judgment for the plaintiff.

The title of a railroad company to run her road over land, as also the easement of a public highway, have been held such a title to real estate as could not be tried in the Common Pleas, for want of jurisdiction. *The President, &c., of the Cincinnati, &c., Railroad Co.* v. *Sipe,* 11 Ind. R. 67.—*Timmons* v. *Switzer, id.* 363.

This case falls within those cited, on the authority of which the judgment must be reversed.

The judgment is reversed with costs. Cause remanded, &c.

*A. Ellison,* for the appellant.

*J. M. Flagg,* for the appellee.